**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 26-MJ-00031** |
| | **:** | |
| **IMANI KELLY,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**AMENDED GOVERNMENT'S UNOPPOSED MOTION**
**TO CONTINUE PRELIMINARY HEARING**

The United States of America, by and through its attorney, the United States attorney for the District of Columbia, requests that the Court continue the preliminary hearing in this matter until April 20, 2026, and that the Court exclude the time until the next hearing in this matter from the calculations under the Speedy Trial Act. 18 U.S.C. § 3161. The defendant does not oppose this motion. In support of this request, the Government states as follows:

1.      The parties were last before the Court for an initial appearance on February 24, 2026. At that time, the Government did not seek detention, and the defendant was released. In addition, with the defendant's consent, the Court scheduled the preliminary hearing for March 31, 2026, and excluded time between February 24 and March 31 from the calculation of time for purposes of the Speedy Trial Act.

2.      The Government and the defendant have begun discussions of a possible resolution of this matter that would obviate the need for a preliminary hearing or grand jury action. The parties believe that a continuance of the preliminary hearing until April 21, 2026, will allow the parties time to continue their discussions. The parties submit that these circumstances provide good cause for the Court to extend the time for the preliminary hearing in

1

this matter. *See* Fed. R. Crim. P. 5.1(d) ("With the defendant's consent and upon a showing of good cause, a magistrate judge may extend the time limits in Rule 5.1(c) one or more times.").

3.      The parties also ask that the Court exclude time under the Speedy Trial Act in order to allow these discussions to continue because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the government requests – with no objection from the defense – that the Court continue the preliminary hearing in this matter until April 21, 2026, and that the Court exclude time between today and the hearing date from calculations under the Speedy Trial Act. A proposed order is attached.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

 */s/  Kevin Reddington*
Kevin Reddington
Assistant United States Attorney
CA Bar No. 336904
601 D Street, NW
Washington, DC  20530
Office: 202-815-8977
Email: kevin.reddington@usdoj.gov